IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 4:20-CR-00267-02 |
| | : |
| v. | : (Chief Judge Brann) |
| | : |
| THERESA STONEBRAKER | : |

## ORDER

**AND NOW,** this __8th__ day of __November__ 2021, after consideration of Theresa Stonebraker's unopposed Motion for Furlough to Undergo Treatment for Drug Dependency at a Specified Institution, **IT IS HEREBY ORDERED**, as follows:

1. Ms. Stonebraker's motion is GRANTED effective November 12, 2021;
2. Ms. Stonebraker is released from the custody of the United States Marshal and the Clinton County Prison to Conewago Pottsville (PA) on the condition that she remain there and participate in an inpatient drug treatment program, as described below;
3. Ms. Stonebraker shall remain in the custody and control of Conewago Pottsville until completion of inpatient drug treatment and shall comply with all rules, regulations and directives of Conewago Pottsville and staff;
4. Ms. Stonebraker shall sign any paperwork with Conewago Pottsville necessary to grant permission to the United States Probation Office to communicate with Conewago Pottsville regarding the status of Ms. Stonebraker's treatment;
5. During the period of Ms. Stonebraker's furlough, the United States Probation Office and counsel for Ms. Stonebraker shall confirm, at periodic intervals, that Ms. Stonebraker remains in good-standing at Conewago Pottsville. The Probation Office and/or counsel for Ms. Stonebraker shall arrange for staff of Conewago Pottsville to notify the United States Probation Office immediately (i) should Ms.

      Stonebraker not remain in good-standing or (ii) upon identification of a date upon which Ms. Stonebraker will successfully complete her treatment program;

6.    At such time as either the United States Probation Office or counsel for Ms. Stonebraker learns either that Ms. Stonebraker does not remain in good-standing or that Conewago Pottsville has identified a date upon which Ms. Stonebraker will successfully complete her treatment program, the Probation Office or counsel shall immediately notify the Court so that the Court may schedule a hearing to determine whether Ms. Stonebraker should be returned to the custody of the United States Marshal or released subject to such conditions as the Court may set at the conclusion of such hearing;

7.    If Ms. Stonebraker is discharged from Conewago Pottsville without notice to the Court, she is to immediately surrender to the United States Marshal.

                        BY THE COURT:

                        *s/ Matthew W. Brann*
                        Matthew W. Brann
                        Chief United States District Judge